# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LIONEL JOHNSON,

         Petitioner,

       v.

TERRI GONZALEZ, et al.,

         Respondents.

Case No. CV 10-8154-CAS (JEM)

ORDER ADOPTING FINDINGS AND
RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any Objections to the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

**IT IS HEREBY ORDERED** that Judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action with prejudice.

DATED: ____9/20/11____

_Christina A. Snyder_
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE