# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL JOHNSON,<br><br>    Petitioner,<br><br>  v.<br><br>TERRI GONZALEZ, et al.,<br><br>    Respondents. | Case No. CV 10-8154-CAS (JEM)<br><br>**JUDGMENT** |

  In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: September 17, 2011

                          CHRISTINA A. SNYDER
                          UNITED STATES DISTRICT JUDGE